### Exhibit A to the Complaint

**Location:** Los Angeles, CA  **IP Address:** 172.90.13.217
**Total Works Infringed:** 45  **ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 1AA50FE281B33A0650039471DEEC4033534E6527<br>File Hash: 5C234D07F22A0ECB58DAD1E36BE0DCC493EE38BF786B7BA3EE1C802E7A796850 | 05-07-2021 23:07:57 | Vixen | 03-12-2021 | 03-22-2021 | PA0002282506 |
| 2 | Info Hash: 14E6018A31BAB755871BD1137D8700E68C62FDB4<br>File Hash: 494136C049FA13A99C0A1626FBF651B64EA15A14FE000396351796E55FCC0234 | 06-21-2021 09:26:42 | Vixen | 05-28-2021 | 08-02-2021 | PA0002305093 |
| 3 | Info Hash: D868AF75E88D4458311F4BB5882BC2C292DF8E86<br>File Hash: AF2CA8B2EBA9FFD844C570A0AEE3DCA505B5F667FDF16D8CAF4A4FDD1F5F0581 | 05-07-2021 23:04:25 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 4 | Info Hash: 977EF2D88F629A1A1C561A9DC040CD654B348E66<br>File Hash: F3544C96F7762233FF0181A3A5E91B517F1A8538D7BA401E805DB6C974C158D9 | 05-07-2021 23:01:39 | Vixen | 04-09-2021 | 06-03-2021 | PA0002299683 |
| 5 | Info Hash: F79ED94190ADC5734573AA4A13934FF9627357CD<br>File Hash: D1EE25645FFFE8CB3A087B21142C117B49FF62A9524BE31CFEC31B956B960361 | 05-07-2021 22:58:42 | Vixen | 04-16-2021 | 06-09-2021 | PA0002295602 |
| 6 | Info Hash: 988F927F90E134982B8CD3978EF27BA55E205C53<br>File Hash: C607FD8C292C7B36EDD3B9909EA0E140BD496CC2BB18EF39A85D525A249E99D5 | 12-28-2020 01:08:02 | Tushy | 12-20-2020 | 01-05-2021 | PA0002269960 |
| 7 | Info Hash: 9C47AE69FF849522050F919C510A7591CF8FECBF<br>File Hash: AEAE6BD28A2167D70241E529F9DEA01461D992E6EB07CAC44D90A020805E212C | 10-24-2020 22:18:36 | Vixen | 10-23-2020 | 11-18-2020 | PA0002272622 |
| 8 | Info Hash: CBC3AF9ECD9F7F172C74D630954E70E07D940C70<br>File Hash: C2A71106B694349FD7B4F3472031A125B23687978B8613DAEDD06A1CEBC7D9A4 | 09-07-2020 20:56:33 | Vixen | 09-04-2020 | 09-22-2020 | PA0002265929 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 7F442657493ABFB31F6BF1828D2B218C560EC248<br>File Hash: FF66ABC6B3BCA9BB27311A071FD6FDD1742A264C6B1A3975BC54153CE205491D | 08-31-2020 02:26:48 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |
| 10 | Info Hash: 2E789CEFF0ADB7249007919D24A54BDE2BAEFCA5<br>File Hash: FA226CFD77535D194B2C90F04A109041121A8E60A9495538D4C556650EEE4DEC | 08-29-2020 06:16:05 | Vixen | 08-28-2020 | 09-22-2020 | PA0002265876 |
| 11 | Info Hash: FE05CB8A8DFB2D136503E31855AF6EBCF985438B<br>File Hash: 81C541850E9CF441830E9C3C3AFBEC34C89F1F9758235261ABD66C7DE38B2422 | 08-08-2020 01:55:07 | Tushy | 08-02-2020 | 08-31-2020 | PA0002265633 |
| 12 | Info Hash: 2710D41458459FBC23A2AAE41110EE55BE1D611D<br>File Hash: 8CFFF825B7B0B0F4DF5BAA70ABB6F6586101BBCAD24CBFC7E47A805412E347A2 | 07-29-2020 01:29:42 | Vixen | 07-24-2020 | 08-03-2020 | PA0002259166 |
| 13 | Info Hash: F2E2D4E046CCDC0E6FB0A0BE24D07653F3A912F8<br>File Hash: 6106DF256B24DD6C920A937F36BDC9F76CE6C6CA22C29C661D65493E9FC055B0 | 07-29-2020 01:08:09 | Tushy | 07-26-2020 | 08-31-2020 | PA0002265634 |
| 14 | Info Hash: C422B5A51FDCCA3AF8EE933ACC0B4E7648B6A4BA<br>File Hash: CA496CE59F2203BD26ADBC196B8C3764225AFB30AD840E8F38CE84B92DDE8F83 | 07-23-2020 05:21:43 | Vixen | 07-17-2020 | 08-11-2020 | PA0002252259 |
| 15 | Info Hash: 6FB81CC4C0C7CECB8DC45456A5C85A4D6F373423<br>File Hash: 414F701157141B3655F9320B49B931C781F5CE976B3CC83063EC291ED5B584A9 | 06-27-2020 19:56:33 | Vixen | 06-26-2020 | 08-03-2020 | PA0002259094 |
| 16 | Info Hash: 8DB9EC78C88E36FC24486522F2A5C2E5F12223E8<br>File Hash: B19A335B6031BFB4D4E2787025F321201601C15E66C4AFD29DD3F6EF03E32F66 | 06-12-2020 19:52:19 | Vixen | 06-12-2020 | 06-25-2020 | PA0002256359 |
| 17 | Info Hash: C24DFF0094E7DA65F6A9C055B7C40525DF9F9ADE<br>File Hash: 5E3EE746F0B62D6E7CE1B36E424BB1C2398AE0E8DA01DE39C22A4DC4BB41ECD3 | 05-24-2020 18:33:04 | Tushy | 05-10-2020 | 06-16-2020 | PA0002253266 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: EFC5CF89736FEB45838FC208F3267F18F975DE24<br>File Hash: E8D4A15F87C444E5A59A6DED4E957D7CA24B9E59ACBD63FE30174BFCCB575563 | 05-24-2020 18:20:08 | Tushy | 05-17-2020 | 06-16-2020 | PA0002253264 |
| 19 | Info Hash: 3662C2650C2B562EB3858F39E1C0A474A86D6EFF<br>File Hash: 5F79666BB59E5C66A1D809CBF50E66448B08F4619AA3ED70E2587DB0AD66D5C8 | 05-23-2020 00:28:58 | Vixen | 05-22-2020 | 06-22-2020 | PA0002245640 |
| 20 | Info Hash: 0EADDEAD674C02DF1F6937EA2B46CC6F34717213<br>File Hash: D12AD52DF486373A53D70B7F8CA375A1227EBFC17F1C23194B7C10A13321A538 | 05-15-2020 20:09:11 | Vixen | 05-15-2020 | 06-08-2020 | PA0002243648 |
| 21 | Info Hash: 54BEEB8E2D7FF2237E63B185C8B86D9E22C64B54<br>File Hash: 85BDA99930300B18BBBB8274E67E93A4282E941F871F6CD684C739D73C472680 | 03-22-2020 05:22:18 | Vixen | 03-20-2020 | 04-17-2020 | PA0002246116 |
| 22 | Info Hash: 31E81561C9124E13B62E297E8BA8EFC046F4E4CB<br>File Hash: 985174F43E94EA29814DE89FA76B5B0E48828ECFA3C0617219FCD6D39C8D8AC0 | 03-21-2020 04:55:49 | Tushy | 02-20-2020 | 03-18-2020 | PA0002241623 |
| 23 | Info Hash: 21CB5E1FF419AFFACA09F98CC1D381A99A367A45<br>File Hash: 743885927C6AE81F96CC664476B080175658EDE112692B29A6352C9CADD352BD | 02-03-2020 00:59:30 | Vixen | 01-24-2020 | 03-15-2020 | PA0002240434 |
| 24 | Info Hash: D3476D877FBEF967D1F55CBF7AE390C8F7E2892F<br>File Hash: 818563EC8DA7FB6EA6E894F2E4CFFA965887099B0E30AD7E2DB101ACB7195734 | 02-03-2020 00:41:15 | Vixen | 01-29-2020 | 02-20-2020 | PA0002229058 |
| 25 | Info Hash: 8A8D7B37760B15845E05575F26C1CC675CD1BA8F<br>File Hash: ADEB6208683C85B692E515CB9E8590596E076DB19B3F8362B00F5EAD5AB86002 | 02-02-2020 23:04:17 | Tushy | 01-31-2020 | 03-15-2020 | PA0002240443 |
| 26 | Info Hash: E724B6F5D97D7A918BB0C6B06792CEDA00EC9092<br>File Hash: 5715A60D65447523684CB4037666BE51C5F6853EF7516CE6CE36E443D8392A31 | 01-05-2020 22:59:01 | Vixen | 11-30-2019 | 12-17-2019 | PA0002217669 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 53899240386726278E3748D184788BDA2D514934<br>File Hash: 3DB1A60532777748B0CDD51F470BC1997D18EEC914312A1540734BE202A5B859 | 01-05-2020 22:57:08 | Vixen | 01-04-2020 | 01-27-2020 | PA0002223959 |
| 28 | Info Hash: DF34CC6992211EE8A95AB83B591717F6865A3446<br>File Hash: 3C35E347672A754E6CB420CA24AC0CB4D28D63917E6BB0496915BB78C27B11C9 | 11-24-2019 07:28:05 | Tushy | 11-17-2019 | 11-27-2019 | PA0002213996 |
| 29 | Info Hash: 8259E201CF94B45AA7AB36DF3DE161B105BF671E<br>File Hash: DAEDDDDF4A554984F05191F62E7A75FB04DFD1172F275F083FE191D3D96F7E9E | 11-09-2019 22:14:42 | Tushy | 11-07-2019 | 12-03-2019 | PA0002232040 |
| 30 | Info Hash: 219BC0BC67C63963FA0AA9EF310C09EC4BCE055A<br>File Hash: 2E0E176FABD9043446C0F4168909C85A493935DCEB3D9CE7657651CC7664390F | 11-03-2019 19:30:51 | Vixen | 10-26-2019 | 11-05-2019 | PA0002227099 |
| 31 | Info Hash: F7D307B9B96F1FDC726A34CF01F9DC4CB94542D8<br>File Hash: 54D86252CB9FC5C714BA6E0271E60760D17D8956E85FB9D8EC61D2C56E6A1E8E | 10-21-2019 00:17:16 | Vixen | 10-01-2019 | 10-21-2019 | PA0002207746 |
| 32 | Info Hash: CD3EF1BF5222E0E5E7A30BAE0B52B69B96099124<br>File Hash: E02D3BFD9D95E78D21029FDCF8B841B3E4CFCAED0128FB308C8B54100E8F3C25 | 09-29-2019 20:05:27 | Vixen | 09-16-2019 | 10-01-2019 | PA0002217346 |
| 33 | Info Hash: C01A6496A4CE7279BCECCF72ABD4092923DF9F05<br>File Hash: C2127D55357F557033CF96C6EC67AA7D0A9C17F34CCA6C87F1CE6313CF1BB985 | 09-29-2019 20:01:35 | Vixen | 09-21-2019 | 10-01-2019 | PA0002217349 |
| 34 | Info Hash: CF43655248495AC52D1C57428A4753AA43D0720B<br>File Hash: A14CE4ED87DBC427B19F866032D00A49D6773E32872C5182C4FED77141A6C33B | 07-21-2019 22:56:15 | Tushy | 07-15-2019 | 08-02-2019 | PA0002192300 |
| 35 | Info Hash: 0667EB9B358B2AD31CE90C534F675E7D9ABBC2CE<br>File Hash: 3CDEC810D94E883E2E7A7119126B71903B93983612D4E5270418E88842D32238 | 04-28-2019 05:19:31 | Vixen | 04-24-2019 | 06-03-2019 | PA0002178769 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: CE82CC198C8C8E9C2B08EBCE6BF6E8654CB36F5D<br>File Hash: 761610DBACB2CEA13E7F3867B18EC05C49720502C12A5339948AE7F634895D77 | 04-18-2019 00:11:37 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 37 | Info Hash: C0E85250C4665B97E6430774E95F95EEF1572F2C<br>File Hash: 7B580766221DC503AD8D48F278FD435863C1F65ACFFF34CB8FF1A5C4A55781CF | 04-14-2019 05:59:27 | Vixen | 04-09-2019 | 04-29-2019 | PA0002169963 |
| 38 | Info Hash: 96AB2B38744F74645BB43BC5C91FF83B1FDFD5BF<br>File Hash: CD0193584742A5F0CEFA8A55B9A3A47B4D15868DAD382CA3E1258616088D1023 | 04-08-2019 03:07:03 | Tushy | 03-27-2019 | 04-29-2019 | PA0002169944 |
| 39 | Info Hash: A647DAC4F1765F4D273A84ACD720FAC66EFF116D<br>File Hash: 89BA4F59F83B6B124281B2F62CB78C126AB440E65F5E332A4B05602AF478052C | 04-05-2019 02:03:19 | Tushy | 04-01-2019 | 05-11-2019 | PA0002173888 |
| 40 | Info Hash: 2F4DC8073692006A3CDC8B5839CBA234C8CED89B<br>File Hash: BEB42875E5166CCCBB0B9D3B3449490293F9964E8BBD3A48A44FE92BDA1AE77F | 03-16-2019 16:25:40 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 41 | Info Hash: 624A1332AAFA93159FAE818A85963F4110145A7C<br>File Hash: C9A51E9A93A9035274A1EE32243ABF6115C43DF3658A5D24C5D519B7810261B9 | 03-10-2019 02:34:49 | Vixen | 03-05-2019 | 03-31-2019 | PA0002163982 |
| 42 | Info Hash: 001779348C6F84B362C125BB6E6DE3EFEA9FCADD<br>File Hash: A9C15FEA95319BBD26164E4166180BE8FB9A431E810E635FFEB5847A8858A2D3 | 03-05-2019 09:15:13 | Tushy | 02-20-2019 | 04-29-2019 | PA0002170363 |
| 43 | Info Hash: 6B065FECB85F94548AAEF8B2737DD9C2A4EE1D6E<br>File Hash: A2549F16C4044CD609BF50156526FBC6406A0DD1C81272B8728E9F7E5A78EA90 | 03-01-2019 23:11:36 | Tushy | 02-25-2019 | 04-17-2019 | PA0002187005 |
| 44 | Info Hash: B6133D62C32718765A543D80F977E86A6F8FF5F1<br>File Hash: 0CE18F3771AA0DA66931D137524129428B936FA9EEC87EE58B036DC6E4B34E95 | 02-26-2019 05:12:22 | Vixen | 02-23-2019 | 04-29-2019 | PA0002169931 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: C445D7931A7B1AFA0245F8B198CF1499CA82A9BA<br>File Hash: E9D02D132C2E063A9B95F188DC1BE2B38EC833202D9091EB744005C3AFBDA719 | 02-26-2019 05:11:11 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |